STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. ALFONSO NICHOLAS, DEFENDANT–PETITIONER.

February 1, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000486–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

159 A.3d 887

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. GARY L. ERVIN, DEFENDANT–PETITIONER.

February 1, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004866–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.